Dismissed and Memorandum Opinion filed July 24, 2008








Dismissed
and Memorandum Opinion filed July 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00909-CV

____________

 

KIMBERLY MITCHELL, Appellant

 

V.

 

JOHN COSELLI, ET AL, Appellees

 

 



 

On Appeal from the 333rd District Court

 Harris County, Texas

Trial Court Cause No. 2007-06195

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed October 18, 2007.  The clerk=s record was filed on November 12,
2007.  No reporter=s record was filed.  No brief was filed.

On May
1, 2008, this Court issued an order stating that unless appellant submitted her
brief, together with a motion reasonably explaining why the brief was late, on
or before June 2, 2008, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).








Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
24, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.